Furman, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/08/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

THE GILLETTE COMPANY,

             Plaintiff,

   - against -

EDGEWELL PERSONAL CARE COMPANY,

             Defendant.

---------------------------------------------------------------x

No. 16-CV-6623 (JMF)

**Stipulation of Dismissal with Prejudice**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff The Gillette Company, LLP f/k/a The Gillette Company ("Gillette") and Defendant Edgewell Personal Care Company ("Edgewell") hereby stipulate to a dismissal with prejudice of all of Gillette's claims brought against Edgewell in the above-captioned matter. Gillette and Edgewell shall bear their own attorneys' fees, costs, and expenses in connection with this action. This Stipulation of Dismissal with Prejudice is respectfully filed by the parties set forth below.

Dated:   New York, New York
         December 7, 2016

KRAMER LEVIN NAFTALIS & FRANKEL LLP

/s/ Harold P. Weinberger

Harold P. Weinberger
Norman C. Simon
Aaron M. Frankel
Samantha V. Ettari
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
HWeinberger@Kramerlevin.com
NSimon@Kramerlevin.com
AFrankel@Kramerlevin.com
SEttari@Kramerlevin.com

*Attorneys for Plaintiff The Gillette Company, LLP*

US2008 12205257 2

KILPATRICK TOWNSEND & STOCKTON LLP

/s/ Barry M. Benjamin

Barry M. Benjamin
Jeremey A. Schachter
The Grace Building
1114 Avenue of the Americas
New York, New York 10036
(212) 775-8700
bbenjamin@kilpatricktownsend.com
jschachter@kilpatricktownsend.com

*Attorneys for Defendant Edgewell Personal Care Company*

**SO ORDERED:**

/s/ Jesse M. Furman
U.S.D.J.

December 8, 2016